CO-386-online
10/03

# United States District Court
# For the District of Columbia

EVANSTON INSURANCE
COMPANY
       Plaintiff

    vs

CGT LAW GROUP INTERNATIONAL, LLC, MAURICIO
CELIS, T. CHRISTOPHER PINEDO, DOUGLAS RAY
GWYTHER, RAUL TAPIA, JAMES H. HADA, THOMAS
GUAJARDO

       Defendant

)
)
)
)
)
)
)
)
)
)
)

Civil Action No._____

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Evanston Insurance Company  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  Evanston Insurance Company  which have

any outstanding securities in the hands of the public:

Markel Corporation

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

491153
_____
BAR IDENTIFICATION NO.

William G. Gandy
_____
Print Name

8444 Westpark Drive, Suite 510
_____
Address

McLean, Virginia 22102
_____
City   State   Zip Code

703-245-9300
_____
Phone Number