AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

EVANSTON INSURANCE COMPANY

**SUMMONS IN A CIVIL CASE**

V.

CGT LAW GROUP INTERNATIONAL, LLP,
et al

CASE 1  Case: 1:07-cv-02252
Assigned To : Roberts, Richard W.
Assign. Date : 12/14/2007
Description: Contract

TO: (Name and address of Defendant)

THOMAS GUAJARDO
1001 North Central Avenue, No. 600
Phoenix, Arizona 85004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William G. Gandy, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
(703) 245-9300
Fax: (703) 245-9301
William.Gandy@WilsonElser.com

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                 DEC 14 2007

CLERK                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint* was made by me(1) | DATE 01-10-08 @ 3:30 pm ||
| NAME OF SERVER (PRINT) Darrel Mendez | TITLE Private Process Server ||
| *Check one box below to indicate appropriate method of service* |||

☐ Served personally upon the defendant. Place where served: 2001 E. Campbell Avenue, Suite 202, Phoenix, AZ 85016.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/11/08
Date         Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
*Address of Server*

STATE OF ARIZONA
COUNTY of Maricopa } ss.
This instrument was acknowledged before me this 11 day of January, 2008, by Darrel Mendez
in witness whereof I hereunto set my hand and official seal.
NOTARY PUBLIC

OFFICIAL SEAL
JEANETTE K. MARTIN
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires April 19, 2011

* Notice of Right to Consent to Trial Before United States Magistrate Judge, Notice of Designation of Related Civil Cases Pending in This or Any other United States Court, Initial Electronic Case Filing Order and Original Complaint with Exhibits

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.