AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | January 24, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jason R. Waters/William G. Gandy | Attorneys for plaintiff Evanston |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): R. Stan Mortenson, Esquire of Baker Botts accepted service on behalf of James H. Huda on January 24, 2008. (See attached letter) Responsive pleading due on or before February 1, 2008.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/25/08
              Date              Signature of Server

8444 Westpark Dr., Ste 510, McLean, VA 22102
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

8444 Westpark Drive - Suite 510, McLean, Virginia 22102   Tel: (703) 245-9300   Fax: (703) 245-9301

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

WILLIAM.GANDY@WILSONELSER.COM
ADMITTED IN VA, DC; NY

January 8, 2008

**<u>Via Email and First Class Mail</u>**
R. Stan Mortenson, Esquire
Baker Botts L.L.P.
1299 Pennsylvania Ave., NW
Washington, DC  20004
rstanmortenson@bakerbotts.com

    Re:    James H. Hada
            *CGT v. Evanston, et al*
            <u>Our File No.</u>  :      10608.00002
            <u>Case No</u>     :      1:07-cv-02252-RWR

Dear Mr. Mortenson:

    This letter will serve to follow up our telephone calls regarding your agreement to accept service on behalf of all defendants, except Thomas Guajardo. Please find enclosed a copy of the Complaint, Exhibits, summons, and other documents filed with the Court for Mr. James H. Hada.

    In accordance with our agreement, a responsive pleading on behalf of each of the defendants, except Thomas Guajardo, is due on or before February 1, 2008.

    Please sign and return a copy of this letter to me, acknowledging all of the above. We will subsequently file proof of service of each defendant with the court.

    Thank you in advance for your assistance in this matter. I look forward to receiving the executed documents.

Very truly yours,

William G. Gandy

Enclosures

_____   1/24/08
Read and approved                Date

81905.1