IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY §<br>    Plaintiff, §<br> §<br>v. §<br> §<br>CGT LAW GROUP INTERNATIONAL LLP, §<br>MAURICIO CELIS, T. CHRISTOPHER §<br>PINEDO, DOUGLAS RAY GWYTHER, RAUL §<br>TAPIA, JAMES H. HADA, and THOMAS §<br>GUAJARDO, §<br> §<br>    Defendants. §<br> § | CIVIL ACTION No: 07-02252 |

## NOTICE OF APPEARANCE

The clerk will please enter in the record the appearance of Philip H. Hecht of Kirkpatrick & Lockhart Preston Gates Ellis LLP as counsel for CGT Law Group International LLP, Mauricio Celis, T. Christopher Pinedo, Douglas Ray Gwyther, Raul Tapia, James H. Hada, and Thomas Guajardo, defendants in the above-captioned proceeding.

Dated:  February 6, 2008

>Respectfully submitted,
>/s/ Philip H. Hecht
>Philip H. Hecht (DC Bar No. 33286)
> KIRKPATRICK & LOCKHART PRESTON
> GATES ELLIS LLP
> 1601 K Street, N.W.
> Washington, D.C.  20006
> Telephone:  (202) 778-9000
> Facsimile: (202) 778-9100
> E-mail: philip.hecht@klgates.com
>
>Counsel for Defendants CGT Law Group International LLP, Mauricio Celis, T. Christopher Pinedo, Douglas Ray Gwyther, Raul Tapia, James H. Hada, and Thomas Guajardo

## CERTIFICATE OF SERVICE

      I certify that on February 6, 2008, a copy of the foregoing Notice of Appearance was filed via electronic case filing system of the United States District Court for the District of Columbia and, accordingly, that the Court will send notice of this filing electronically to:

William Grandy
Jason R. Waters
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
8444 Wesrpark Drive, Suite 510
McLean, Virginia 22102
Phone: 703-245-9300
Fax: 703-245-9301
E-mail: william.gandy@wilsonelser.com
Attorneys for Plaintiff

                                        /s/  Philip H. Hecht
                                        Philip H. Hecht
                                        KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
                                        1601 K Street, N.W.
                                        Washington, D.C.  20006
                                        Telephone:  (202) 778-9000
                                        Facsimile: (202) 778-9100
                                        E-mail: philip.hecht@klgates.com