IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY §<br>    Plaintiff, §<br>§<br>v. §<br>§<br>CGT LAW GROUP INTERNATIONAL LLP, §<br>MAURICIO CELIS, T. CHRISTOPHER §<br>PINEDO, DOUGLAS RAY GWYTHER, RAUL §<br>TAPIA, JAMES H. HADA, and THOMAS §<br>GUAJARDO, §<br>§<br>    Defendants. § | CIVIL ACTION No: 07-02252 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, CGT Law Group International LLP, Mauricio Celis, T. Christopher Pinedo, Douglas Ray Gwyther, Raul Tapia, James H. Hada, and Thomas Guajardo (collectively "Defendants") in the above-captioned proceeding, respectfully submit this Unopposed Motion for Extension of Time for Defendants to respond to Plaintiff's Complaint. In support of its motion, Defendants states as follows:

1. The Complaint was filed in the District Court on December 14, 2007.
2. The Complaint and Summons were served on Defendants on January 24, 2008.
3. The responsive pleading to the Complaint is due on February 13, 2008.
4. Defendants seek an extension of time until February 15, 2008 to answer or otherwise respond to the Complaint.
5. Plaintiff does not oppose the relief sought herein.

WHEREFORE, for all of the foregoing reasons, Defendants respectfully request an extension until February 15, 2008, to file its responsive pleading.

- 2 -

Respectfully submitted,

_____/s/ Philip H. Hecht_____
Philip H. Hecht (DC Bar No. 33286)
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
1601 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 778-9000
Facsimile: (202) 778-9100
E-mail: philip.hecht@klgates.com

Counsel for Defendants CGT Law Group International LLP, Mauricio Celis, T. Christopher Pinedo, Douglas Ray Gwyther, Raul Tapia, James H. Hada, and Thomas Guajardo

**CERTIFICATE OF SERVICE**

     I certify that on February 11, 2008, a copy of the foregoing Notice of Appearance was filed via electronic case filing system of the United States District Court for the District of Columbia and, accordingly, that the Court will send notice of this filing electronically to:

William Grandy
Jason R. Waters
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
8444 Wesrpark Drive, Suite 510
McLean, Virginia 22102
Phone: 703-245-9300
Fax: 703-245-9301
E-mail: william.gandy@wilsonelser.com
Attorneys for Plaintiff

                                                  /s/ Philip H. Hecht
                                          Philip H. Hecht
                                          KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
                                          1601 K Street, N.W.
                                          Washington, D.C. 20006
                                          Telephone: (202) 778-9000
                                          Facsimile: (202) 778-9100
                                          E-mail: philip.hecht@klgates.com