**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| EVANSTON INSURANCE COMPANY | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action No: 07-02252 |
| v. | ) | (Judge Roberts) |
| | ) | |
| CGT LAW GROUP INTERNATIONAL LLP, et al. | ) | |
| | ) | |
|     Defendants. | ) | |

## NOTICE

TO THE CLERK:

This is to inform the Court, pursuant to Local Civil Rule 83.6(c), that Thomas A Guajardo has requested that undersigned counsel withdraw his appearance on Mr. Guajardo's behalf, and has informed undersigned counsel and the Court that he wishes to proceed in this matter *pro se*.

Respectfully submitted,

_____/s/ Philip H. Hecht_____
Philip H. Hecht (DC Bar No. 33286)
 KIRKPATRICK & LOCKHART PRESTON
 GATES ELLIS LLP
 1601 K Street, N.W.
 Washington, D.C.  20006
 Telephone:  (202) 778-9000
 Facsimile: (202) 778-9100
 E-mail: philip.hecht@klgates.com

Counsel for Defendants CGT Law Group International LLP, Mauricio Celis, T. Christopher Pinedo, Douglas Ray Gwyther, Raul Tapia, James H. Hada, and Thomas Guajardo