**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EVANSTON INSURANCE COMPANY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CGT LAW GROUP INTERNATIONAL LLP, et al. )<br>)<br>Defendants. ) | Civil Action No: 07-02252<br>(Judge Roberts) |

## MOTION TO WITHDRAW APPEARANCE AS COUNSEL FOR THOMAS A. GUAJARDO

Philip H. Hecht, Esq., of the law firm Kirkpatrick & Lockhart Preston Gates Ellis LLP, hereby moves this court pursuant to Local Civil Rule 83.6(c) for leave to withdraw as counsel for Thomas A. Guajardo. Mr. Guajardo consents to the withdrawal and has informed undersigned counsel and the court that he wishes to proceed *pro se* in this matter. Accordingly, undersigned counsel requests leave of this court to withdraw his appearance for Mr. Guajardo. Undersigned counsel continues to represent all other defendants in this matter. A proposed order and the certificate of service required by Rule 83.6(c) accompany this motion. Written notice to the Clerk of Mr. Guajardo's intent to proceed *pro se*, as required by Rule 83.6(c), has also been filed.

Respectfully submitted,

　　　　　/s/ Philip H. Hecht　　　　
Philip H. Hecht (DC Bar No. 33286)
 KIRKPATRICK & LOCKHART PRESTON
 GATES ELLIS LLP
 1601 K Street, N.W.
 Washington, D.C. 20006
 Telephone: (202) 778-9000
 Facsimile: (202) 778-9100
 E-mail: philip.hecht@klgates.com

Counsel for Defendants CGT Law Group International

- 2 -

LLP, Mauricio Celis, T. Christopher Pinedo, Douglas Ray Gwyther, Raul Tapia, James H. Hada, and Thomas A. Guajardo

Case 1:07-cv-02252-RWR   Document 18   Filed 03/06/2008   Page 2 of 3

- 2 -

## CERTIFICATE OF SERVICE

      I certify that on March 6, 2008, a copy of the foregoing Defendants' Motion to Withdraw Appearance as Counsel for Thomas A. Guajardo and Proposed Order were filed via electronic case filing system of the United States District Court for the District of Columbia and, accordingly, that the Court will send notice of this filing electronically to:

William Gandy
Jason R. Waters
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
Phone: 703-245-9300
Fax: 703-245-9301
E-mail: william.gandy@wilsonelser.com
Attorneys for Plaintiff

      I further certify that on March 6, 2008, a copy of the foregoing Motion to Withdraw Appearance as Counsel for Thomas A. Guajardo and Proposed Order were filed via first class mail, pursuant to Local Civil Rule 83.6(c), to:

Thomas A. Guajardo
2001 E. Campbell Ave., #202
Phoenix, Arizona 85016
Defendant

      /s/  Philip H. Hecht
Philip H. Hecht
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
1601 K Street, N.W.
Washington, D.C.  20006
Telephone:  (202) 778-9000
Facsimile: (202) 778-9100
E-mail: philip.hecht@klgates.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EVANSTON INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No: 07-02252 |
| v. | ) | (Judge Roberts) |
| | ) | |
| CGT LAW GROUP INTERNATIONAL LLP, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE AS COUNSEL FOR THOMAS A. GUAJARDO

Having considered Philip H. Hecht's Motion to Withdraw Appearance as Counsel for Thomas A. Guajardo, it is hereby

ORDERED the Motion to Withdraw Appearance as Counsel for Thomas A. Guajardo is GRANTED.

Dated: _____, 2008

_____
Honorable Richard W. Roberts
United States District Judge

DC-999719 v1