IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EVANSTON INSURANCE COMPANY**, : <br> : <br> **Plaintiff/Counterclaim Defendant**, : <br> : <br> v. : <br> : <br> **CGT LAW GROUP INTERNATIONAL LLP,** : <br> **MAURICIO CELIS, T. CHRISTOPHER** : <br> **PINEDO, DOUGLAS RAY GWYTHER, RAUL** : <br> **TAPIA, JAMES H. HADA, and THOMAS** : <br> **GUAJARDO,** : <br> : <br> **Defendants/Counterclaim Plaintiffs.** : <br> _____: | Civil Action No. 07-2252 <br> (Judge Roberts) |

### EVANSTON INSURANCE COMPANY'S UNOPPOSED MOTION
### FOR EXTENSION OF TIME TO RESPOND
### TO DEFENDANTS' MOTION TO STAY

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff and Counterclaim Defendant Evanston Insurance Company ("Evanston"), by and through its undersigned counsel, respectfully submits this Unopposed Motion for Extension of Time for Evanston to Respond to Defendants' Motion to Stay. In support of its motion, Evanston states as follows:

1. The Defendants' Motion to Stay was filed in the District Court on March 3, 2008.

2. The Defendants' Motion to Stay was served on Evanston through the Court's electronic case filing system of the court on March 3, 2008.

3. Evanston's memorandum of points and authorities in opposition to the motion to stay is due on March 17, 2008.

4. Evanston seeks an extension of time until March 19, 2008 to file its opposition to the motion to stay.

87585.1

2

5. Counsel for Evanston contacted Philip H. Hecht, Esquire, counsel for Defendants, on the morning of March 17, 2008, and Mr. Hecht agreed to the relief sought herein.

WHEREFORE, for all of the foregoing reasons, Evanston respectfully requests an extension until March 19, 2008, to file its memorandum of points and authorities in opposition to the Defendants' Motion to Stay.

Respectfully submitted,

By: */S/ William G. Gandy*
William Gandy (Bar No. 491153)
Jason R. Waters (Bar No. 491066)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
Phone: 703-245-9300
Fax: 703-245-9301
E-mail: william.gandy@wilsonelser.com

ATTORNEYS FOR PLAINTIFF
EVANSTON INSURANCE COMPANY

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Unopposed Motion for Extension of Time for Evanston to Respond to Defendants' Motion to Stay was electronically filed and served this 17th day of March, 2008, on:

>Philip H. Hecht
>KIRKPATRICK & LOCKHART PRESTON
>GATES ELLIS LLP
>1601 K Street, N.W.
>Washington, D.C. 20006
>Tel: 202-778-9000
>Fax: 202-778-9100
>Email: Philip.Hecht@klgates.com

                                            */S/ William G. Gandy*_____
                                            William G. Gandy, Esq.

87585.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EVANSTON INSURANCE COMPANY, | : | |
| | : | |
| **Plaintiff/Counterclaim Defendant,** | : | |
| | : | |
| v. | : | **Civil Action No. 07-2252** |
| | : | (Judge Roberts) |
| CGT LAW GROUP INTERNATIONAL LLP, MAURICIO CELIS, T. CHRISTOPHER PINEDO, DOUGLAS RAY GWYTHER, RAUL TAPIA, JAMES H. HADA, and THOMAS GUAJARDO, | : | |
| | : | |
| **Defendants/Counterclaim Plaintiffs.** | : | |
| _____ | : | |

### [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO STAY

Having considered Evanston Insurance Company's Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Stay, it is hereby

ORDERED that the Motion for of Time to Respond to Defendants' Motion to Stay is GRANTED, and Evanston Insurance Company's memorandum of points and authorities in opposition to the motion to stay is due on March 19, 2008.

Dated: _____, 2008.

_____
Honorable Richard W. Roberts
United States District Judge

87604.1