## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EVANSTON INSURANCE COMPANY,** : | |
| : | |
| **Plaintiff/Counterclaim Defendant,** : | |
| : | |
| **v.** : | **Civil Action No. 07-2252** |
| : | (Judge Roberts) |
| **CGT LAW GROUP INTERNATIONAL LLP,** : | |
| **MAURICIO CELIS, T. CHRISTOPHER** : | |
| **PINEDO, DOUGLAS RAY GWYTHER, RAUL** : | |
| **TAPIA, JAMES H. HADA, and THOMAS** : | |
| **GUAJARDO,** : | |
| : | |
| **Defendants/Counterclaim Plaintiffs.** : | |

### PLAINTIFF EVANSTON INSURANCE COMPANY'S CONSENT MOTION TO ENTER JUDGMENT AGAINST DEFENDANT THOMAS GUAJARDO

Plaintiff Evanston Insurance Company, by counsel, moves this Court to grant this consent motion and to enter judgment against Defendant Thomas Guajardo. In support of this consent motion, Plaintiff states as follows:

1.     Plaintiff Evanston Insurance Company commenced this action for declaratory relief, rescission, and other relief pursuant to 28 U.S.C. §§ 1332 and 2201, *et seq.*, and D.C. Code § 31-4314 on December 14, 2007.

2.     Plaintiff claims that Defendant CGT Law Group International, LLP, is a limited liability partnership organized under the law of the District of Columbia, in which Defendant Celis was a capital partner, Defendants Tapia and Gwyther were income partners, and Defendants Guajardo, Hada and Pinedo were associated attorneys.

3.     Plaintiff issued two Lawyers Professional Liability Insurance Policies to CGT (Policy Nos. LA 803756 and LA 804111), effective December 7, 2005, to December 7, 2006, and effective December 7, 2006, to December 7, 2007.

4.     Beginning in November 2006, CGT and certain of the other Defendants were named in four civil suits in the State of Texas: (1) *Gonzales & Assoc. v. Pinedo* (Zapata County Cause No. 6349); (2) *Steel v. CGT Law Group* (Neuces County Cause No. 07-62218-1); (3) *Unauthorized Practice of Law Committee v. Celis* (Neuces County); and (4) *State of Texas v. CGT Law Group International LLP* (Travis County Cause No. 07-002272). These suits allege, among other things, that Defendant Celis is not an attorney and that the Defendants are engaged in the unauthorized practice of law.

5.     Plaintiff's Complaint alleges that Defendants misrepresented Celis' qualifications as an attorney on the insurance applications for the Evanston policies and seeks declaratory relief, judicial rescission of the relevant insurance policies, and reimbursement for costs and expenses paid on Defendants' behalf.

6.     Defendant Thomas Guajardo agrees that he does not and will not contest Evanston's disclaimer and denial of coverage, defense, and indemnification in this or the *Gonzales*, *Steel*, *UPLC*, or *State of Texas* actions. (Guajardo Affid. Ex. A.)

7.     In exchange, Plaintiff Evanston Insurance Company and Defendant Guajardo request that Defendant Guajardo be dismissed, by judgment, from the above-captioned case. Specifically, Plaintiff Evanston Insurance Company, upon consent, requests this Court to enter judgment against Defendant Thomas Guajardo under the following terms:

a.     Judgment rescinding Evanston Insurance Company's insurance policies to CGT (Policy Nos. LA 803756 and LA 804111) to the extent the policies may be interpreted as extending coverage to Thomas Guajardo;

b. Judgment declaring Evanston Insurance Company's insurance policies to CGT (Policy Nos. LA 803756 and LA 804111) *void ab initio* to the extent the policies may be interpreted as applying to Thomas Guajardo;

c. Judgment declaring that Evanston Insurance Company's disclaimer and denial of coverage against Defendant Thomas Guajardo were proper and effective;

d. Judgment declaring that Defendant Thomas Guajardo is not entitled to recover insurance coverage, defense, or indemnification from Evanston Insurance Company in the *Gonzales*, *Steel*, *UPLC*, or *State of Texas* actions;

e. A declaration that judgment against Thomas Guajardo shall not affect or impair the rights of Plaintiff Evanston Insurance Company or any of the remaining defendants in any way during the proceedings of the above-captioned action; and

f. Judgment dismissing Defendant Thomas Guajardo with prejudice from the above-captioned action.

8. All Defendants consent to the relief Plaintiff requests in this motion.

WHEREFORE, Plaintiff Evanston Insurance Company, upon consent, requests this Court to issue judgment against Defendants Thomas Guajardo, pursuant to the above-stated terms, and grant such other and further relief as to this Court seems just and appropriate.

Respectfully submitted

By:    /s/ William G. Gandy
       William G. Gandy (Bar No. 491153)
       Jason R. Waters (Bar No. 491066)
       Wilson, Elser, Moskowitz,
       Edelman & Dicker, LLP
       8444 Westpark Drive, Suite 510
       McLean, Virginia 22102
       Tel.:   703-245-9300
       Fax:    703-245-9301
       E-mail:william.gandy@wilsonelser.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed and served this 21st day of July, 2008, on:

> Philip H. Hecht
> KIRKPATRICK & LOCKHART PRESTON
> GATES ELLIS LLP
> 1601 K Street, N.W.
> Washington, D.C. 20006
> Tel: 202-778-9000
> Fax: 202-778-9100
> Email: Philip.Hecht@klgates.com

I hereby certify that a true and correct copy of the foregoing was served via e-mail and U.S. Mail this 21st day of July, 2008, on:

> Thomas Guajardo, *Pro Se*
> 2001 E. Campbell Road, Suite 202
> Phoenix, AZ 85016

> /S/ William G. Gandy
> William G. Gandy, Esq.

98397.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>       **Plaintiff/Counterclaim Defendant,**<br><br>v.<br><br>**CGT LAW GROUP INTERNATIONAL LLP, MAURICIO CELIS, T. CHRISTOPHER PINEDO, DOUGLAS RAY GWYTHER, RAUL TAPIA, JAMES H. HADA, and THOMAS GUAJARDO,**<br><br>       **Defendants/Counterclaim Plaintiffs.** | **Civil Action No. 07-2252**<br>(Judge Roberts) |

## DEFENDANT THOMAS GUAJARDO'S AFFIDAVIT IN SUPPORT OF CONSENT MOTION FOR JUDGMENT

THOMAS GUAJARDO, under penalty of perjury, declares as follows:

1.     I am attorney at law, formerly associated with CGT Law Group International, LLP (CGT), and I am a defendant in the above-captioned action.

2.     Claims have been made against CGT, its principals, and its associates, including myself, in various actions in Texas. These suits allege, among other things, that Defendant Celis is not an attorney and that the Defendants engaged in the unauthorized practice of law.

3.     These cases include the following matters: (1) *Gonzales & Assoc. v. Pinedo* (Zapata County Cause No. 6349); (2) *Steel v. CGT Law Group* (Neuces County Cause No. 07-62218-1); (3) *Unauthorized Practice of Law Committee v. Celis* (Neuces County); and (4) *State of Texas v. CGT Law Group International LLP* (Travis County Cause No. 07-002272).

4.     CGT and its principals and associates obtained insurance from Plaintiff Evanston Insurance Company. Plaintiff issued two Lawyers Professional Liability Insurance Policies to

CGT (Policy Nos. LA 803756 and LA 804111), effective December 7, 2005, to December 7, 2006, and effective December 7, 2006, to December 7, 2007.

5.　　Plaintiff Evanston Insurance Company commenced this action in the U.S. District Court for the District of Columbia seeking, among other things, rescission and declaratory judgment regarding the applicability of the two insurance policies to CGT in the *Gonzales*, *Steel*, *UPLC*, or *State of Texas* actions.

6.　　I desire to be dismissed from the above-captioned action, and I have agreed to have judgment entered against me in favor of Plaintiff Evanston Insurance Company.

7.　　Specifically, I agree that I do not and I will not contest Evanston's disclaimer and denial of coverage, defense, and indemnification in this or the *Gonzales*, *Steel*, *UPLC*, or *State of Texas* actions.

8.　　As such, I am waiving any claim that I now have or could make in the future for defense, indemnification, and/or coverage from Plaintiff Evanston insurance company in connection with the claims asserted in the *Gonzales*, *Steel*, *UPLC*, and *State of Texas* actions.

9.　　I further agree that judgment shall be entered against me as follows:

　　a. Judgment rescinding Evanston Insurance Company's insurance policies to CGT (Policy Nos. LA 803756 and LA 804111) to the extent the policies may be interpreted as extending coverage to me;

　　b. Judgment declaring Evanston Insurance Company's insurance policies to CGT (Policy Nos. LA 803756 and LA 804111) *void ab initio* to the extent the policies may be interpreted as applying to me;

　　c. Judgment declaring that Evanston Insurance Company's disclaimer and denial of coverage against me was proper and effective;

2

    d.  Judgment declaring that I am not entitled to recover insurance coverage, defense, or indemnification from Evanston Insurance Company in the *Gonzales*, *Steel*, *UPLC*, or *State of Texas* actions;

    e.  A declaration that judgment against me shall not affect or impair the rights of Plaintiff Evanston Insurance Company or any of the remaining defendants in any way during the proceedings of the above-captioned action; and

    f.  Judgment dismissing me with prejudice from the above-captioned action.

10.    Accordingly, upon my consent, I respectfully request this Court to grant Plaintiff Evanston Insurance Company's motion for judgment and to entere the stipulated order and judgment accompanying Plaintiff's motion.

**I, THOMAS GUAJARDO, HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT PURSUANT TO 28 U.S.C. § 1746.**

THOMAS GUAJARDO, ESQ.

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EVANSTON INSURANCE COMPANY,** | : |
| **Plaintiff/Counterclaim Defendant,** | : |
| **v.** | : **Civil Action No. 07-2252** |
| | : (Judge Roberts) |
| **CGT LAW GROUP INTERNATIONAL LLP, MAURICIO CELIS, T. CHRISTOPHER PINEDO, DOUGLAS RAY GWYTHER, RAUL TAPIA, JAMES H. HADA, and THOMAS GUAJARDO,** | : |
| **Defendants/Counterclaim Plaintiffs.** | : |

## STIPULATED ORDER & JUDGMENT

THIS MATTER CAME BEFORE THE COURT upon Plaintiff Evanston Insurance Company's consent motion for judgment against Defendant Thomas Guajardo;

UPON Defendant Thomas Guajardo's agreement that he does not and will not contest Plaintiff's denial and disclaimer of coverage, defense, and indemnification in the following cases: (1) *Gonzales & Assoc. v. Pinedo* (Zapata County Cause No. 6349); (2) *Steel v. CGT Law Group* (Neuces County Cause No. 07-62218-1); (3) *Unauthorized Practice of Law Committee v. Celis* (Neuces County); and (4) *State of Texas v. CGT Law Group International LLP* (Travis County Cause No. 07-002272); and

UPON the consent of counsel for all parties; it is hereby

ORDERED that Plaintiff's consent motion for judgment against Defendant Thomas Guajardo is GRANTED; and it is

ORDERED, ADJUDGED, AND DECREED that judgment be and hereby is awarded in favor of Plaintiff Evanston Insurance Company against Defendant Thomas Guajardo; and it is

ORDERED, ADJUDGED, AND DECREED that Plaintiff Evanston Insurance Company's insurance policies to CGT (Policy Nos. LA 803756 and LA 804111) are hereby RESCINDED to the extent the policies may be interpreted as extending coverage to Thomas Guajardo; and it is

ORDERED, ADJUDGED, AND DECREED that Plaintiff shall have judgment declaring Evanston Insurance Company's insurance policies to CGT (Policy Nos. LA 803756 and LA 804111) *void ab initio* to the extent the policies may be interpreted as applying to Thomas Guajardo; and it is

ORDERED, ADJUDGED, AND DECREED that Plaintiff Evanston Insurance Company's disclaimer and denial of coverage against Defendant Thomas Guajardo was proper and effective; and it is

ORDERED, ADJUDGED, AND DECREED that Defendant Thomas Guajardo is not entitled to recover insurance coverage, defense, or indemnification from Evanston Insurance Company in the following civil actions: (1) *Gonzales & Assoc. v. Pinedo* (Zapata Co. No. 6349); (2) *Steel v. CGT Law Group* (Neuces Co. No. 07-62218-1); (3) *Unauthorized Practice of Law Committee v. Celis* (Neuces County); and (4) *State of Texas v. CGT Law Group Int'l LLP* (Travis Co. No. 07-002272); and it is

ORDERED, ADJUDGED, AND DECREED that this judgment against Thomas Guajardo shall not affect or impair the rights of Evanston Insurance Company or any of the remaining defendants in any way during the proceedings of the above-captioned action; and it is

2

ORDERED, ADJUDGED, AND DECREED that Defendant Thomas Guajardo shall and

hereby is dismissed with prejudice from the above-captioned action.


**SO ORDERED** this _____ day of _____, 2008.


_____
RICHARD W. ROBERTS
United States District Judge

3

WE ASK FOR THIS:

William Gandy (Bar No. 491153)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
Phone: 703-245-9300
Fax: 703-245-9301
E-mail:william.gandy@wilsonelser.com

*Counsel for Plaintiff*


SEEN AND AGREED:

Philip H. Hecht (Bar No. 33286)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
1601 K Street, N.W.
Washington, D.C.  20006
Telephone:  (202) 778-9000
Facsimile: (202) 778-9100
E-mail:philip.hecht@klgates.com

*Counsel for all Defendants except*
*Thomas Guajardo*


Thomas Guajardo, *Pro Se*
2001 E. Campbell Road, Suite 202
Phoenix, AZ 85016

4

98426.1

WE ASK FOR THIS:

_____
William Gandy (Bar No. 491153)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
Phone: 703-245-9300
Fax: 703-245-9301
E-mail:william.gandy@wilsonelser.com

*Counsel for Plaintiff*


SEEN AND AGREED:


_____
Philip H. Hecht (Bar No. 33286)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
1601 K Street, N.W.
Washington, D.C.  20006
Telephone:  (202) 778-9000
Facsimile: (202) 778-9100
E-mail:philip.hecht@klgates.com

*Counsel for all Defendants except
Thomas Guajardo*

_____
Thomas Guajardo, *Pro Se*
2001 E. Campbell Road, Suite 202
Phoenix, AZ 85016

4