**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, | : |
| | : |
| **Plaintiff/Counterclaim Defendant,** | : |
| | : |
| | : |
| v. | : **Civil Action No. 07-2252** |
| | : (Judge Roberts) |
| CGT LAW GROUP INTERNATIONAL LLP, | : |
| MAURICIO CELIS, T. CHRISTOPHER | : |
| PINEDO, DOUGLAS RAY GWYTHER, RAUL | : |
| TAPIA, JAMES H. HADA, and THOMAS | : |
| GUAJARDO, | : |
| | : |
| **Defendants/Counterclaim Plaintiffs.** | : |
| | : |

## STIPULATED ORDER & JUDGMENT

THIS MATTER CAME BEFORE THE COURT upon Plaintiff Evanston Insurance Company's consent motion for judgment against Defendant Thomas Guajardo;

UPON Defendant Thomas Guajardo's agreement that he does not and will not contest Plaintiff's denial and disclaimer of coverage, defense, and indemnification in the following cases: (1) *Gonzales & Assoc. v. Pinedo* (Zapata County Cause No. 6349); (2) *Steel v. CGT Law Group* (Neuces County Cause No. 07-62218-1); (3) *Unauthorized Practice of Law Committee v. Celis* (Neuces County); and (4) *State of Texas v. CGT Law Group International LLP* (Travis County Cause No. 07-002272); and

UPON the consent of counsel for all parties; it is hereby

ORDERED that Plaintiff's consent motion for judgment against Defendant Thomas Guajardo is GRANTED; and it is

98426.1

ORDERED, ADJUDGED, AND DECREED that judgment be and hereby is awarded in favor of Plaintiff Evanston Insurance Company against Defendant Thomas Guajardo; and it is

ORDERED, ADJUDGED, AND DECREED that Plaintiff Evanston Insurance Company's insurance policies to CGT (Policy Nos. LA 803756 and LA 804111) are hereby RESCINDED to the extent the policies may be interpreted as extending coverage to Thomas Guajardo; and it is

ORDERED, ADJUDGED, AND DECREED that Plaintiff shall have judgment declaring Evanston Insurance Company's insurance policies to CGT (Policy Nos. LA 803756 and LA 804111) *void ab initio* to the extent the policies may be interpreted as applying to Thomas Guajardo; and it is

ORDERED, ADJUDGED, AND DECREED that Plaintiff Evanston Insurance Company's disclaimer and denial of coverage against Defendant Thomas Guajardo was proper and effective; and it is

ORDERED, ADJUDGED, AND DECREED that Defendant Thomas Guajardo is not entitled to recover insurance coverage, defense, or indemnification from Evanston Insurance Company in the following civil actions: (1) *Gonzales & Assoc. v. Pinedo* (Zapata Co. No. 6349); (2) *Steel v. CGT Law Group* (Neuces Co. No. 07-62218-1); (3) *Unauthorized Practice of Law Committee v. Celis* (Neuces County); and (4) *State of Texas v. CGT Law Group Int'l LLP* (Travis Co. No. 07-002272); and it is

ORDERED, ADJUDGED, AND DECREED that this judgment against Thomas Guajardo shall not affect or impair the rights of Evanston Insurance Company or any of the remaining defendants in any way during the proceedings of the above-captioned action; and it is

2

98426.1

ORDERED, ADJUDGED, AND DECREED that Defendant Thomas Guajardo shall and hereby is dismissed with prejudice from the above-captioned action.

SO ORDERED this _29th_ day of _____July_____, 2008.

_MWRoberts_
_____
RICHARD W. ROBERTS
United States District Judge

WE ASK FOR THIS:

William Gandy (Bar No. 491153)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
Phone: 703-245-9300
Fax: 703-245-9301
E-mail:william.gandy@wilsonelser.com

*Counsel for Plaintiff*


SEEN AND AGREED:


Philip H. Hecht (Bar No. 33286)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
1601 K Street, N.W.
Washington, D.C.  20006
Telephone:  (202) 778-9000
Facsimile: (202) 778-9100
E-mail:philip.hecht@klgates.com

*Counsel for all Defendants except
Thomas Guajardo*


Thomas Guajardo, *Pro Se*
2001 E. Campbell Road, Suite 202
Phoenix, AZ 85016

4

98426.1

WE ASK FOR THIS:

_____

William Gandy (Bar No. 491153)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
Phone: 703-245-9300
Fax: 703-245-9301
E-mail:william.gandy@wilsonelser.com

*Counsel for Plaintiff*

SEEN AND AGREED:

_____

Philip H. Hecht (Bar No. 33286)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
1601 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 778-9000
Facsimile: (202) 778-9100
E-mail:philip.hecht@klgates.com

*Counsel for all Defendants except
Thomas Guajardo*

Thomas Guajardo, *Pro Se*
2001 E. Campbell Road, Suite 202
Phoenix, AZ 85016

4

98426.1